In re: John W. MARONEY, Esq.,
Claimant–Appellant.

No. 00–35445.

D.C. No. CV–97–00609–MISC.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

---

MEMORANDUM **

John W. Maroney appeals the district court's order disbarring him from practice before the United States District Court for the District of Oregon. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's disbarment proceedings for an abuse of discretion. *See Patterson v. Standing Subcomm. of Discipline to the Bar of the United States Dist. Court for the Dist. of Or. (In re Patterson)*, 176 F.2d 966, 968 n. 1 (9th Cir.1949). We affirm.

Maroney was given an opportunity for a hearing on his disbarment pursuant to the District of Oregon former Local Rule 110–6. After requesting a hearing, however, Maroney withdrew that request. Accordingly, the district court did not err in its April 18, 2000 order disbarring Maroney from practice.

Maroney's contentions lack merit.

AFFIRMED.

---

Dennis J. SOLOMON, Plaintiff–
Appellant,

v.

MICROVISION; et al., Defendants–
Appellees.

No. 00–35431.

D.C. No. CV–98–00258–RSL.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

Dennis J. Solomon appeals pro se the district court's summary judgment in favor of defendants in his action arising from the alleged theft of trade secrets. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo summary judgments, *Frost v. Agnos*, 152 F.3d 1124, 1128 (9th Cir.1998), and we affirm.

Solomon's appellate arguments fail to address the legal or factual basis upon which the district court granted summary judgment. Solomon has therefore abandoned these issues. *See Leer v. Murphy*, 844 F.2d 628, 634 (9th Cir.1988) (deeming abandoned all issues raised in a brief not supported by argument).

Solomon's remaining contentions are without merit.

Appellee Teledyne Display Technology's renewed motion to strike the opening brief is denied.

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Herman FLORES–CARDONA,**
**Defendant–Appellant.**

**No. 00–30407.**

**D.C. No. CR–00–00078–A–JKS.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).